# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RANDALL T. SELLARS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-31 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting | * | |
| Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16, to which Plaintiff failed to file Objections.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **AFFIRMS** the decision of the Commissioner, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___10___ day of ___September___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA